UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61445-MC-ZLOCH

In re: ARBITRATION BETWEEN
MURRAY & ASSOCIATES, LLC,

    Plaintiff,

and                                        **O R D E R**

METALNAVE YACHTS ESTALIERO
ITAJIA S/A,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Murray & Associates, LLC's Urgent Motion For Issuance Of Post Judgment Writs Of Garnishment And Request For Expedited Hearing (DE 2). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    On October 10, 2007, Plaintiff registered in this Court the Amended Default Judgment rendered by the United States District Court for the Southern District of New York on July 13, 2007, in favor of Plaintiff and against Defendant. DE 1. Said Judgment was in the amount of $105,839.50 plus interest thereon at a rate of 4.94% per annum. In filing the instant Motion (DE 2), Plaintiff sought the issuance of a writ of garnishment as to Zuckerman Spaeder LLP in aid of said Judgment. By prior Order (DE 4), the Court granted the instant Motion (DE 2) and directed the Clerk of this Court to issue a Writ Of Garnishment as to Garnishee Zuckerman Spaeder LLP.

    On December 3, 2007, Garnishee filed its Answer To Writ Of

Garnishment (DE 6), in which it stated that it is neither indebted to Defendant nor in possession of property owned by Defendant. As of the date of this Order, Plaintiff has not filed a reply to Garnishee's Answer (DE 6). "On failure of plaintiff to file a reply, the answer shall be taken as true and . . . the garnishee is entitled to an order discharging him or her from further liability under the writ." Fla. St. 77.061 (2007). Accordingly, Garnishee's Answer (DE 6) is taken as true, and it shall be discharged from further liability under the Writ (DE 5).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Writ Of Garnishment previously issued in the above-styled cause (DE 5) be and the same is hereby **VACATED**, set aside, and of no further force or effect;

2. That Zuckerman Spaeder LLP be and the same is hereby discharged from further liability under the Writ Of Garnishment (DE 5) hereinbefore issued; and

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record